

# NUMBERS 13-14-00146-CR & 13-14-00148-CR & 13-14-00150-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

VICENTE FABIAN,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                               Appellee.

### On appeal from the 92nd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Vicente Fabian, attempts to appeal convictions for burglary of a habitation, theft, and aggravated assault. The trial court has certified in these cases that "the defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On June 16, 2014, this Court notified appellant's counsel of the trial court's certifications and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certifications.

No response to this Court's order was received and the cases were abated and remanded to the trial court on August 19, 2014. A hearing on abatement of the appeals was held by the trial court and on August 29, 2014, counsel filed a letter brief with this Court. Accordingly, the appeals are REINSTATED. Counsel's response does not establish that the certifications currently on file with this Court are incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, these appeals are DISMISSED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of November, 2014.

2